UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOROTHY GUYETTE,

            Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

CASE NO. 2:18-cv-1419 RBL-JRC

REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G).

      This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

      After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the

1 | Acting Commissioner. On remand, the Appeals Council will instruct the Administrative Law
2 | Judge to reconsider plaintiff's impairments at step two; reconsider the medical opinion evidence;
3 | reconsider the residual functional capacity; continue through the sequential evaluation process,
4 | including obtaining additional vocational expert testimony, as needed; and issue a new decision.

5 | Given the facts and the parties' stipulation, the Court recommends that the District Judge
6 | immediately approve this Report and Recommendation and order the case be **REVERSED** and
7 | **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

8 | Dated this 25th day of March, 2019.

J. Richard Creatura
United States Magistrate Judge