UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOROTHY GUYETTE,

            Plaintiff,

     v.

COMMISSIONER OF SOCIAL
SECURITY,

            Defendant.

CASE NO. 2:18-cv-1419 RBL-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard
Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (Dkt.
15), and the relevant record, does hereby find and ORDER:

    (1)      The Court adopts the Report and Recommendation.

    (2)      The matter is REVERSED and REMANDED pursuant to sentence four of 42

            U.S.C. § 405(g) to the Administration for further consideration; and

(3)     The Clerk is directed to enter Judgment and close this case.

Dated this 1st day of April, 2019.

Ronald B. Leighton
United States District Judge